PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

BRIAN GEARINGER, Esq.  (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7837
Telephone: 415/440-3102
Facsimile:  415/440-3103

Attorneys for Plaintiff
DONALD BESSEY

RONALD K. LOSCH, Esq. (SBN98170)
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:  415/956-8400
Facsimile:   415/956-2150

Attorneys for Defendants
CELEBRITY CRUISES, INC. and
ROYAL CARIBBEAN CRUISES LTD

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BESSEY,<br><br>    Plaintiff,<br><br>v.<br><br>CELEBRITY CRUISES, INC.; ROYAL CARIBBEAN CRUISES LTD; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO.C08-04862 BZ<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT INSPECTION OF PREMISES**<br><br>Case Assigned to Hon. Bernard Zimmerman<br><br>Case Filed: October 23, 2008<br>Trial Date: Not Set Per General Order 56 |

This is an Americans with Disabilities Act (ADA) Title III access case, assigned to General Order 56.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. C08-04862 BZ                       -1-                S:\SLR\CASES\C\CELEBRITY\PLEADINGS\STIP TO CONT SITE INSP.PL.wpd

Plaintiff DONALD BESSEY, through his counsel, Paul Rein, and Defendants CELEBRITY CRUISES, INC. and ROYAL CARIBBEAN CRUISES LTD, through their counsel, Ronald Losch hereby stipulate to continue the deadline on which the joint inspection of premises must be completed until April 26, 2009.  The "premises" in this case are those of the Celebrity Cruise Line ship, the Celebrity Millennium, and this ship will not be in an American port (Honolulu, Hawaii) until April 26, 2009.  The parties have agreed to have plaintiff's General Order 56 inspection by attorneys and expert consultants take place on that date, and the parties to thereafter exchange information and meet and confer regarding possible settlement.

Dated: February 9, 2009                LAW OFFICES OF PAUL L. REIN
                                       GEARINGER LAW GROUP


                                        /s/   Paul L. Rein
                                       By PAUL L. REIN
                                       Attorneys for Plaintiff
                                       DONALD BESSEY

Dated: February 5, 2009                KAYE, ROSE & PARTNERS, LLP


                                        /s/ Ronald K. Losch
                                       By RONALD K. LOSCH
                                       Attorneys for Defendants
                                       CELEBRITY CRUISES, INC. and
                                       ROYAL CARIBBEAN CRUISES LTD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. C08-04862 BZ                          –2–            S:\SLR\CASES\C\CELEBRITY\PLEADINGS\STIP TO CONT SITE INSP.PL.wpd

# ORDER

Good cause being shown pursuant to the parties' stipulation, it is hereby ORDERED that the deadline for completing the site inspection of the premises is continued until April 26, 2009.

IT IS SO ORDERED.

Dated: February _9_, 2009

_____
HON. BERNARD ZIMMERMAN

*IT IS SO ORDERED*
*Bernard Zimmerman*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. C08-04862 BZ    –3–    S:\SLR\CASES\C\CELEBRITY\PLEADINGS\STIP TO CONT SITE INSP.PL.wpd