Paul L. Rein, Esq. (SBN 43053)
Celia McGuinness, Esq. (SBN 159420
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510-832-5001
Facsimile:  510-832-4787

Brian Gearinger, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA  94109-7837
Telephone:  415-440-3102
Facsimile:  415-440-3103

Attorneys for Plaintiff DONALD BESSEY

KAYE, ROSE & PARTNERS, LLP
André M. Picciurro, Esq. (SBN 239132)
402 W. Broadway, Suite 1300
San Diego, CA  92101
Telephone: 619-232-6555
Facsimile: 619-232-6577

Attorneys for Defendants
CELEBRITY CRUISES, INC.;
ROYAL CARIBBEAN CRUISES, LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BESSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELEBRITY CRUISES, INC.; ROYAL CARIBBEAN CRUISES LTD; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No.:   C08-04862 BZ**<br>Complaint Filed:  October 23, 2008<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

### RECITALS

1.　　Plaintiff DONALD BESSEY filed a Complaint in this action on October 3, 2008, to obtain recovery of damages for personal injury, alleged misrepresentations, and for his alleged discriminatory experiences, denial of access, and denial of civil rights, and to

enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq., and California civil rights laws against defendants CELEBRITY CRUISES, INC.; ROYAL CARIBBEAN CRUISES LTD; AND DOES 1-10, INCLUSIVE, relating to the condition of their public accommodations at the time of Plaintiff's visit on board the cruise ship MILLENNIUM, as alleged in the complaint, and continuing (the "Lawsuit"). Plaintiff has alleged in the Lawsuit that defendants violated Title III of the Americans with Disabilities Act of 1990, and California Civil Code §§ 51, 52, 54, 54.1, 54.3 and 55, by failing to provide full and equal access to their facilities on the MILLENNIUM cruise ship, while in port in San Francisco, California, and while at sea.

2. Defendants Celebrity Cruises, Inc., operator of the MILLENNIUM, and Royal Caribbean Cruises Ltd. deny the allegations in the Lawsuit and do not admit liability to any of the allegations in the Lawsuit, or the applicability of either the Americans with Disabilities Act of 1990 or the California Civil Code sections 51, 52, 54, 54.1, 54.3 and 55 to any of plaintiff's claims.

3. In order to avoid the costs, expense, and uncertainty of potentially protracted litigation, the parties agreed to entry of a Consent Decree and Order with respect to the injunctive aspects of plaintiff's claims and a separate, confidential, monetary settlement (damages, penalties, attorneys' fees, and litigation expenses/costs).

4. Plaintiff acknowledges receipt of payment for agreed damages, penalties, attorneys' fees, and litigation expenses costs.

5. On December 9, 2011, this Court entered the Consent Decree and Order.

**STIPULATION**

The parties, through their attorneys of record, hereby stipulate as follows:

1. This action shall be dismissed with prejudice.

2. The Court shall retain jurisdiction of this action to enforce provisions of the Consent Decree and Order for two years after the date of entry of the Consent Decree and Order.

///

**GENERAL ORDER NO. 45 CERTIFICATION**

Pursuant to General Order No. 45, the filer attests that authorization for use of electronic signature was obtained from the other signatories, which shall serve in lieu of their signature on this document.

Dated:   December 16, 2011

**LAW OFFICES OF PAUL L. REIN**
**GEARINGER LAW GROUP**

By:   /s/Brian Gearinger
       By Email Authorization
       Attorneys for Plaintiff DONALD BESSEY

Dated:  December 16, 2011

**KAYE, ROSE & PARTNERS, LLP**

By:   /s/André M. Picciurro
       André M. Picciurro
       Attorney for Defendants CELEBRITY CRUISES, INC., and ROYAL CARIBBEAN CRUISES LTD.

**ORDER**

The Court hereby dismisses plaintiff's Complaint in its entirety with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 21, 2011

_____
Honorable BERNARD ZIMMERMAN
United States Magistrate Judge

1 **CERTIFICATE OF SERVICE**

2     I, the undersigned, hereby certifies that all counsel of record who are deemed to have

3 consented to electronic service of documents are being served with a copy of the foregoing

4 document via the Court's CM/ECF system pursuant to Local Rules.

5

6                           /s/ André M. Picciurro
                            André M. Picciurro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28